IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GATOR FREIGHTWAYS, INC. d/b/a
R+L CARRIERS,

    Plaintiff,

vs.

DORO MOTORS, INC.,

    Defendant.

No. 05-2301-ML An
**JURY TRIAL DEMANDED**

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

On this day came on for consideration Defendant's Motion for Extension of Time to file Response to Plaintiff's Complaint, and the Court having considered same, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that Defendant shall have until June 24, 2005, to file its response to Plaintiff's Complaint.

_____S. Thomas Anderson USMJ_____
United States ~~District~~ Judge

_____May 27, 2005_____
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _6-2-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02301 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT