IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 PM 2: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| GATOR FREIGHTWAYS, INC. d/b/a R+L CARRIERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 05-2301-MI An |
| DORO MOTORS, INC., | ) ) ) | |
| Defendant. | ) | |

## RULE 16(b) ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Rule 16(b) and Rule 26(f), the parties have met and agreed to the following deadlines:

RULE 26(a)(1) DISCLOSURES: **August 10, 2005**

JOINING PARTIES:

    (a)    For Plaintiff: **September 27, 2005**

    (b)    For Defendant: **October 27, 2005**

AMENDING PLEADINGS:

    (a)    For Plaintiff: **September 27, 2005**

    (b)    For Defendant: **October 27, 2005**

COMPLETING ALL DISCOVERY: **March 27, 2006**

    (a)    REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSION: **March 27, 2006**

    (b)    NON-EXPERT DEPOSITIONS: **March 27, 2006**

    (c)    EXPERT WITNESS IDENTIFICATION DISCLOSURES UNDER RULE 26(a)(2)

  (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: **January 27, 2006**

  (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: **February 27, 2006**

  (3) EXPERT WITNESS DEPOSITIONS: **March 27, 2006**

FILING DISPOSITIVE MOTIONS: **April 27, 2006**

FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3):

  (a) For Plaintiff: _____ (45 days before trial)

  (b) For Defendant: _____ (30 days before trial)

OTHER RELEVANT MATTERS:

No other depositions may be scheduled to occur after the discovery cutoff date unless agreed to by counsel. All discovery requests must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED** this 15th day of July, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

APPROVED:

Thomas Barnett (#021380)
BAKER, DONELSON, BEARMAN, CALDWELL
  & BERKOWITZ, PC
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
Attorney for Gator Freightways, Inc.

Kirk A. Caraway — by permission
Kirk A. Caraway (#18578)
80 Monroe Avenue, # 950
Memphis, Tennessee 38103
(901) 527-9600
Attorney for Doro Motors, Inc.

- 3 -

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02301 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT