IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 15 PM 2: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GATOR FREIGHTWAYS, INC. d/b/a ) <br> R+L CARRIERS, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> DORO MOTORS, INC., ) <br>  ) <br> Defendant. ) | No. 05-2301 Ml/An |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on July 14, 2005, by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, July 17, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, July 11, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>July 3, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-15-05

8

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 15 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02301 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT