IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GATOR FREIGHTWAYS, INC. d/b/a R + L CARRIERS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 05-2301-MI An |
| | ) ) | JURY TRIAL DEMANDED |
| DORO MOTORS, INC., | ) ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw as Counsel for the Defendant filed by Kirk A. Caraway, Attorney at Law, and the law firm of Rosenblum & Reisman, P.C., on August 24, 2005. For good cause shown, the motion is **GRANTED**. Attorney Kirk A. Caraway and the law firm of Rosenblum & Reisman, P.C., are hereby permitted to withdraw as counsel for Defendant. Defendant shall have twenty (20) days from entry of the Order to retain new counsel and to notify the Court as to who will be representing it in this matter. Kirk A. Caraway is ordered to serve a copy of this Order on the Defendant.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 25, 2005

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02301 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Doro Motors, Inc.
378 North Perkins Road
Memphis, TN 38117

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT